FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 18 2011

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROGER CAMPAGNA and TIM SCOGGINS ) ) ) Plaintiffs, ) ) vs. ) ) LIFEPOINT HOSPITALS, INC. ) and ROCKDALE MEDICAL ) CENTER, INC. ) ) Defendants. ) | Case No. 1:10-cv-02254-GET<br>Judge Tidwell<br><br><br>JURY TRIAL DEMANDED |

## AGREED ORDER OF DISMISSAL

This cause having come before the Court upon the joint request of Plaintiffs and Defendants, the Court having been advised of and considered the Settlement Agreement and General Release of Claims ("Agreement") entered into by and among Plaintiffs and Defendants that has resulted from voluntary and private negotiations, and, upon the joint application of Plaintiffs and Defendants, by their attorneys, seeking review and approval by the Court thereof, the joint motion and memorandum of law provided to the Court, and the entire record herein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1)     The Court approves and adopts as stated the terms of the Agreement entered into between and among the parties to this litigation, recognizing that there is no admission of liability by Defendants, same being expressly denied, but as it

reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties thereto, and in accordance with law.

(2) Consistent with that Agreement, this action is hereby dismissed, with prejudice.

DONE AND ORDERED this ___18th___ day of ___February___, 2011.

_____
G. ERNEST TIDWELL
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

| For Plaintiffs: | For Defendants: |
|---|---|
| T. Robert Reid, LLC | Martenson, Hasbrouck & Simon LLP |

For Plaintiffs:

T. Robert Reid, LLC

s/ Tilden Robert Reid, II
T. Robert Reid, Esq.
Georgia Bar No. 600138
1030 Woodstock Road, Suite 3112
Roswell, Georgia 30102
(678) 314-3049
(404) 549-4136 (facsimile)

*Attorney for Plaintiffs*

For Defendants:

Martenson, Hasbrouck & Simon LLP

s/ Patricia E. Simon
Patricia E. Simon, Esq.
Georgia Bar No. 618233
3379 Peachtree Road N.E.
Suite 400
Atlanta, Georgia 30326
(404) 909-8105
(404) 909-8120 (facsimile)
pesimon@martensonlaw.com

*Attorneys for Defendant Rockdale Medical Center, Inc.*

Waller Lansden Dortch & Davis, LLP

s/ Stanley E. Graham
Stanley E. Graham, Esq.
Georgia Bar No. 305760
Mark W. Peters, Esq.
Tennessee Bar No. 018422
William T. Fiala, Esq.
Tennessee Bar No. 022788
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 850-8792
(615) 244-6804 (facsimile)
stan.graham@wallerlaw.com
mark.peters@wallerlaw.com
bill.fiala@wallerlaw.com
*Attorneys for Defendant LifePoint Hospitals, Inc.*